# EXHIBIT A

Filed
D.C. Superior Court
04/01/2022 15:38PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

<table>
<tr>
<td>

GMO FREE USA d/b/a TOXIN FREE USA,
P.O. Box 458, Unionville, CT 06085,

                        Plaintiff,

    v.

BURT'S BEES INC., 210 West Pettigrew
Street, Durham, NC 27701, and THE
CLOROX COMPANY, 1221 Broadway,
Oakland, CA 94612

                     Defendants.

</td>
<td>

Case No._____

**COMPLAINT**

<u>DEMAND FOR JURY TRIAL</u>

</td>
</tr>
</table>

Plaintiff GMO Free USA d/b/a Toxin Free USA ("Toxin Free USA") brings this action against Defendants Burt's Bees Inc. and The Clorox Company (collectively, "Burt's Bees") regarding its false and deceptive marketing and sale of various Burt's Bees cosmetic products (the "Products").[1] Despite representations that the Products are "100% Natural" or of "100% Natural Origin," and made with "respect [for] . . . [the] environment[]," the Products contain over 100 ppm of organofluorine, which indicates the presence of per- and polyfluoroalkyl substances ("PFAS"), and unnatural biocides. PFAS are a group of non-natural, synthetic chemicals believed to be harmful to humans and the environment. Because of the ability of PFAS to persist and accumulate over time, PFAS are harmful even at very low levels. This Complaint is on behalf of the general public of the District of Columbia, in the interest of consumers. This is not a class action, and no

---

[1] Plaintiff's testing has revealed unnatural substances in Defendants' "Nourishing Mascara," "All Aflutter Multi-Benefit Mascara," "Blush Makeup," and "Lip Balm" products; however, discovery may demonstrate that additional Burt's Bees products are within the scope of this Complaint. Plaintiff reserves the right to amend this complaint to include additional cosmetic items identified through the course of discovery.

class certification will be sought. Toxin Free USA alleges the following based upon personal knowledge, information, belief, and the investigation of Counsel:

## INTRODUCTION

1.      This is a consumer-protection case concerning deceptive marketing representations about Burt's Bees' cosmetic Products. The case is brought by Toxin Free USA, a nonprofit, public-interest organization dedicated to consumer protection and education. Toxin Free USA seeks no monetary damages, only an end to the deceptive marketing and advertising at issue. Toxin Free USA acts on behalf of the general public of the District of Columbia.

2.      PFAS are a group of synthetic chemicals that can provide certain marketable benefits for cosmetics products including "hydrophobicity and film-forming ability, which are thought to increase product wear, durability, and spreadability."[2]

3.      PFAS are often used for their "nonstick" and surface-tension lowering properties, which makes them useful for repelling oil and water (e.g. preventing stains) and modifying surface chemistry.

4.      PFAS, however, are also a group of definitively non-natural chemicals with known harmful effects on people and the environment. Consumers have grown increasingly aware of and concerned about PFAS and the presence of such in their bodies, the environment, and the products they use.[3]

5.      As a result, there is a growing consumer advocacy movement to eliminate PFAS from various products, including cosmetics.[4]

---

[2] Heather D. Whitehead, et al., *Fluorinated Compounds in North American Cosmetics*, 8 Env't Sci. Tech. Letters, 538, 538 (2021).
[3] *PFAS: Last Week Tonight With John Oliver (HBO),* YouTube (Oct. 4, 2021), https://www.youtube.com/watch?v=9W74aeuqsiU.
[4] Elicia Mayuri Cousins, et al., *Risky Business? Manufacturer and Retailer Action to Remove Per- and Polyfluorinated Chemicals From Consumer Products*, 29 New Solutions: A J. of Env't & Occupational Health Pol'y, 242, 242 (2019).

6.      In fact, on October 18, 2021, underscoring the gravity of the PFAS threat, the Biden-Harris Administration announced, "accelerated efforts to protect Americans from per- and polyfluoroalkyl substances (PFAS), which can cause severe health problems and persist in the environment once released, posing a serious threat across rural, suburban, and urban areas."[5]

7.      Defendants are cosmetic and personal-care companies that sell the Products both online and at stores around the country, including in the District of Columbia.

8.      Burt's Bees represents that the Products are "100% Natural" or of "100% Natural Origin" and are formulated without "chemicals of concern," and that "responsible sourcing" is a key facet of the company's values and production practices.[6]

9.      In reality, the Products likely contain PFAS, which are neither natural nor sustainable.

10.      Far from being "natural" substances, PFAS are a group of synthetic chemicals known to be toxic to humans, even at very low levels.[7] Furthermore, PFAS are considered "forever chemicals," meaning they do not break down naturally in the environment.[8] Use of PFAS in the manufacturing of cosmetics and other products leads to the accumulation of PFAS in soil, water, humans, and elsewhere in the environment, threatening other organisms.[9]

---

[5] *FACT SHEET: Biden-Harris Administration Launches Plan to Combat P*, The White House (Oct. 18, 2021), https://www.whitehouse.gov/briefing-room/statements-releases/2021/10/18/fact-sheet-biden-harris-administration-launches-plan-to-combat-pfas-pollution/.

[6] *Values*, Burt's Bees, https://www.burtsbees.com/values/ (last visited Mar. 31, 2022).

[7] The main concern with cosmetic products is dermal exposure, however, studies on PFAS absorption through the skin are limited. Limited studies so far suggest "potential adverse effects from dermal exposure" to PFAS. See Hillary L. Shane, et al., *Immunotoxicity and allergenic potential induced by topical application of perfluorooctanoic acid (PFOA) in a murine model*, 137 Food & Chem. Toxicology 111114 (2020).

[8] As an illustration of how "forever" PFAS compounds are, in 1997, when a PFAS manufacturer sought "clean blood samples" to compare to PFAS-tainted samples, the only source of "clean blood" (free of PFAS contamination) was the "preserved blood of soldiers who died in the Korean War, before [PFAS] products spread worldwide." *Poisoned Legacy*, Environmental Working Group (May 1, 2015), https://www.ewg.org/research/poisoned-legacy.

[9] *Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS)*, National Institute of Environmental Health Sciences (NIEHS) (Mar. 7, 2022), https://www.niehs.nih.gov/health/topics/agents/pfc/index.cfm#footnote2; Francisca Pérez, et al., *Accumulation Of Perfluoroalkyl Substances In Human Tissues*, 59 Env't Int'l 354 (2013).

11.     Burt's Bees' representations that its Products are "100% Natural," of "100% Natural Origin," made without "chemicals of concern," "responsibly sourced," along with other environmentally conscious language, mislead consumers into believing that the Products are not made with synthetic, toxic chemicals like PFAS when in fact the Products are likely made with such chemicals.

12.     Additionally, further testing revealed that the Burt's Bees "Natural" Beeswax Lip Balm contained trace amounts of synthetic biocides.

13.     Reasonable consumers would not expect a "natural" product to contain man-made chemicals.

## STATUTORY FRAMEWORK

14.     This action is brought under the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code § 28-3901, *et seq.*

15.     The CPPA makes it a violation for "any person" to, *inter alia*:

Represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

Represent that goods or services are of a particular standard, quality, grade, style, or model, if in fact they are of another;

Misrepresent as to a material fact which has a tendency to mislead;

Fail to state a material fact if such failure tends to mislead;

Use innuendo or ambiguity as to a material fact, which has a tendency to mislead; or

Advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

D.C. Code § 28-3904(a), (d), (e), (f), (f-1), (h).

16.     A violation of the CPPA may occur regardless of "whether or not any consumer is in fact misled, deceived or damaged thereby." *Id.* § 28-3904.

17.     The CPPA "establishes an enforceable right to truthful information from merchants about consumer goods and services that are or would be purchased, leased, or received in the District of Columbia." *Id.* § 28-3901(c). The statute "shall be ***construed and applied liberally*** to promote its purpose." *Id.* (emphasis added).

18.     Because Toxin Free USA is a public interest organization, it may act on behalf of the general public and bring any action that an individual consumer would be entitled to bring:

> [A] public interest organization may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice.

*Id.* § 28-3905(k)(1)(D)(i). Subparagraph (A) provides: "A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District."

19.     A public interest organization may act on behalf of the interests of consumers, *i.e.*, the general public of the District of Columbia, so long as the organization has "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." *Id.* § 28-3905(k)(1)(D)(ii). As set forth in this Complaint, *see infra* ¶¶ 73-76, Toxin Free USA is an organization dedicated to consumer advocacy, and Toxin Free USA has previously represented D.C. consumers in similar actions under the CPPA. Toxin Free USA thus has a sufficient nexus to D.C. consumers to adequately represent their interests.

20.     In addition, because Toxin Free USA is a nonprofit organization, it may also act on behalf of itself and the general public and bring an action as a "tester" organization:

> A nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from

the use of a trade practice in violation of a law of the District, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes.

*Id.* § 28-3905(k)(1)(C).

21.     This is not a class action, or an action brought on behalf of any specific consumer, but an action brought by Toxin Free USA on behalf of the general public, *i.e.*, D.C. consumers generally. No class certification will be requested.

22.     This action does not seek damages. Instead, Toxin Free USA seeks to end the unlawful conduct directed at D.C. consumers, *i.e.*, Defendants' false and deceptive labeling and marketing of their Products. Remedies available under the CPPA include "[a]n injunction against the use of the unlawful trade practice." *Id.* § 28-3905(k)(2)(D), (F). Toxin Free USA also seeks declaratory relief in the form of an order holding Defendants' conduct to be unlawful.

## FACT ALLEGATIONS

I.     **Defendants Represent That the Products Are Natural, Environmentally Conscious, and Responsibly Sourced.**

23.     Through its online advertising as well as through the Products' packaging, Defendants repeatedly emphasizes that its Products are "100% Natural," of "100% Natural Origin," and that it is committed to "responsible sourcing" that respects the environment.[10]

24.     Part of this "responsible sourcing" representation includes statements about the factors Burt's Bees' uses to evaluate ingredient materials. One of those factors includes evaluating the "potential environmental impacts" of ingredient materials, as seen in the image below.[11]

---

[10] *From The Source*, Burt's Bees, https://www.burtsbees.com/content/responsible-sourcing/responsible-sourcing-asset.html (last visited Mar. 31, 2022).
[11] *Id.*

**Ingredient Evaluations**
**We evaluate materials based on 5 key factors:**



**Location**
We investigate how far away the ingredient is, impacts to supplier community, and the nature of the local political climate.



**Quality**
We consider the quality of the ingredient and of our relationship with the supplier.



**Availability**
We factor in ingredient scarcity, grower capacity, whether we're single-sourced, etc.



**Environment**
We evaluate potential environmental impacts including honeybee health.



**Social**
We engage with individuals and surrounding communities in our supply chain to understand potential social impacts.

25.    On the website selling the Products, Burt's Bees prominently represents to consumers that the Products are "100% Natural" or of "100% Natural Origin" as seen in the images below:[12]



## Blush Makeup

*Glow naturally, wherever you go.*

⋆ ⋆ ⋆ ⋆ ⋆    4.6 (65)    Write a review

Our 100% natural, mineral Blush Makeup applies and blends easily and evenly to enhance your cheeks' natural glow. The lightweight formula brings together Bamboo, Honey and Vitamin E to nourish skin for beautifully radiant results.

🐝 100% NATURAL ORIGIN ⓘ

[13]

---

[12] These representations are made on each of Products' webpages.
[13] *Blush Makeup*, Burt's Bees, https://www.burtsbees.com/product/blush-makeup/VM-792850901070.html (last visited Apr. 1, 2022).



## All Aflutter Multi-Benefit Mascara

*Defined, volumized lashes that come naturally.*

⭐⭐⭐⭐⭐   4.0 (96)   Write a review

This intensely pigmented, multi-benefit mascara features a blend of plant-based waxes and nourishing jojoba oil to deliver instant definition, volume, length and all-day wear.

🐦 **100% NATURAL ORIGIN** ⓘ

14

## Nourishing Mascara

*Visibly lengthens. Naturally nourishes.*

⭐⭐⭐⭐⭐   3.9 (131)   Write a review

Our Nourishing Mascara lengthens and defines lashes instantly. The 100% natural formula is made with Jojoba Oil and naturally moisturizing Glycerin to nourish lashes and is gentle enough for your delicate eye area.

⬡ **100% NATURAL**

15

26.     Defendants also prominently displays their "100% Natural Origin" and "100% Natural" claims on some of the Products' packaging:



---

[14] *All Aflutter Multi-Benefit Mascara*, Burt's Bees, https://www.burtsbees.com/product/all-aflutter-multi-benefit-mascara/VM-792850903340.html (last visited Mar. 31, 2022).
[15] *Nourishing Mascara*, Burt's Bees, https://www.burtsbees.com/product/nourishing-mascara/VM-792850900462.html (last visited Mar. 31, 2022).



16

27.     Burt's Bees reiterates these "Natural" claims across its online advertising and emphasizes that this aspect of its Products enhances their efficacy and promote human health.

28.     Defendants also advertises itself as an environmentally conscious and responsible company, with another brand value being "Responsible Sourcing," which it means that it is "committed to supporting the communities and environments where we source our ingredients," and formulates Products "without . . . chemicals of concern." [17]

29.     Also, Burt's Bees' official social media pages reiterate its environmental messaging[18] and the fact that it is supposedly the "#1 dermatologist-recommended **Natural** Skin Care Brand" (emphasis added).

---

[16]     *Mascara, Burt's Bees Lengthens Lashes, 100% Natural Makeup, Classic Black,* Amazon, https://amzn.to/3AYp2GQ (last visited Mar. 31, 2022).

[17]     *Values, supra* note 6.

[18]     *Burt's          Bees,*          Facebook          (Apr.          1,          2019), https://www.facebook.com/burtsbees/photos/a.10150644484689154/10157171997184154 and *Burt's Bees (@burtsbees),* Instagram (Jan. 20, 2022), https://www.instagram.com/p/CY96ZMTp9FB/.



30.    Further, Defendants represent that a key part of its responsible sourcing is "respect[ing] the . . . environments from which [it] source[s]."[20]

31.    "Respecting Nature" is in fact listed as another one of Burt's Bees' values, and company co-founder Roxanne Quimby states that "[w]e take from nature, so we must respect and preserve it."[21]

32.    Similarly, in its "Impact Report," Burt's Bees claims that "We center our work around the wellbeing of people and the natural world . . . ."[22] and that it is the "#1 brand in US taking action for people and biodiversity."[23]

---

[19] Facebook, *supra* note 19.
[20] *From The Source*, *supra* note 10.
[21] *Respecting Nature*, Burt's Bees, https://www.burtsbees.com/respecting-nature/ (last visited Mar. 31, 2022).
[22] *2020 Impact Report*, Burt's Bees (2020), https://www.burtsbees.com/on/demandware.static/-/Sites-burtsbees-Library/default/dwcf002a3d/redesign/about-us-landing/313081_BB_CORP_SustReport2020_21.02.05.pdf.
[23] *Id.*

33.     These representations lead consumers to believe that the Products are both natural and environmentally responsible.

**II.     Burt's Bees Products are Neither Natural nor Environmentally Responsible Because They Likely Contain PFAS.**

34.     Contrary to Defendants' representations, the Products are neither natural nor environmentally responsible because they likely contain PFAS, which are non-natural, synthetic chemicals found to be damaging to both the environment and human health.

35.     PFAS are a family of more than 4,700 highly fluorinated aliphatic compounds manufactured by humans and are known to be damaging to the environment.[24]

36.     Additionally, "Fluorine is regarded as an environmental and industrial contaminant…"[25]

37.     Toxin Free USA conducted tests on samples of the Products and found ranges from 162-492 parts per million (ppm) of fluorine in Burt's Bees' Blush Makeup, Nourishing Mascara, and All Aflutter Multi-Benefit Mascara. Fluorine is an indicator that a product contains PFAS.[26]

38.     Subsequent testing revealed that almost all of the fluorine detected was organic fluorine; organic fluorine results identify a quantity of organofluorine compounds (*e.g.*, PFAS) and excludes the possibility that fluorine may be present from other or natural sources.[27]

---

[24] NIEHS, *supra* note 9.

[25] Elżbieta Bombik et al., *The influence of environmental pollution with fluorine compounds on the level of fluoride in soil, feed and eggs of laying hens in Central Pomerania, Poland*, 192 Env't Monitoring & Assessment 178, 179 (2020).

[26] *See, e.g.*, Whitehead et al., *supra* note 2 (PFAS concentrations were detected by screening for total fluorine); *Testing for PFAS in food packaging*, Supply Chains Solutions Center, https://supplychain.edf.org/resources/testing-for-pfas-in-food-packaging/  (last visited Mar. 31, 2022) (recommending that companies screen for PFAS "using a total fluorine method … [that] measures all forms of PFAS"); Jen Dickman et al., *Packaged in Pollution: Are food chains using PFAS in packaging?*, https://saferchemicals.org/packaged-in-pollution/ (testing for PFAS using total fluorine amounts) (last visited Mar. 31, 2022).

[27] Lara Schultes et al., *Total Fluorine Measurements in Food Packaging: How Do Current Methods Perform?*, 6 Env't Sci. Tech. Letters 73 (2019).

39.     Products containing over 100 ppm of organofluorine (such as these Burt's Bees' Products) have recently been banned by a series of legislative bills in California due to the toxic and environmentally destructive nature of these compounds.[28]

40.     These results indicate the presence of PFAS in the Products: "Since the world hasn't found a way to test which of 9,000 PFAS are in products, the best current test methods [for PFAS] look for fluorine."[29] And, "when measuring organofluorine in the environment one can assume that it originates from an anthropogenic source."[30]

41.     Thus, by definition, the Products cannot be "100% Natural" or of "100% Natural Origin" because they contain high levels of organofluorine, indicating the presence of PFAS, a synthetic compound.

42.      Further, because the Products likely contain PFAS, the Products are not "natural" in any manner that consumers would understand that term to mean.

43.     PFAS have become known as "forever chemicals" because the carbon-fluorine bonds in PFAS are extremely strong and thus are not appreciably degraded under environmental conditions.

44.     The continued use of PFAS is, by their nature, unsustainable, because it will necessarily lead to a greater concentration of PFAS in the environment.

45.     Along with their lack of "biodegradation," PFAS "have been detected in oceans, across continents and in remote parts of the globe," where they "contaminate[]" both "water" and

---

[28] *California Issues New PFAS Consumer Product Regulations*, Exponent (Oct. 15, 2021), https://www.exponent.com/knowledge/alerts/2021/10/california-issues-new-pfas-consumer-product/?pageSize=NaN&pageNum=0&loadAllByPageSize=true.

[29] Jessian Choy, *New Independent Study Confirms PFAS in Thinx, Other Products*, Sierra Club, (Jun. 3, 2021), https://www.sierraclub.org/sierra/ask-ms-green/new-independent-study-confirms-pfas-thinx-other-products.

[30] Alina Koch et al., *Towards a comprehensive analytical workflow for the chemical characterisation of organofluorine in consumer products and environmental samples*, 123 Trends in Analytical Chem. 115423 (2020) ("[N]o single analytical method is versatile and robust enough to identify and quantify the vast number of PFASs, as well as other fluorine-containing agrochemicals or pharmaceuticals that might be present in a sample.")

"soil."[31] As a result of this contamination, humans and animals[32] are exposed to these "toxic" chemicals through "food" and "drinking water."[33]

46.     And, due to the environmental damage caused by PFAS, the Environmental Protection Agency ("EPA") is taking actions to address PFAS pollution.[34]

## III.   Burt's Bees Beeswax Lip Balm Is Not of "100% Natural Origin" Because It Contains Synthetic Biocides.

47.     Burt's Bees' "100% Natural Origin" Beeswax Lip Balm also contains trace amounts of synthetic biocides.

48.     Testing reveals the presence of unnatural biocides in the Products, but only Burt's Bees knows the methods by which its Lip Balm is processed, or what would account for the presence of biocide residues in its Products.

| Burt's Bees "Natural" Beeswax Lip Balm Lab Results | |
| --- | --- |
| Chlorpyrifos[35] | 96 ppb |
| Diazinon[36] | 120 ppb |
| Ethion[37] | 336 ppb |

---

[31] Marco Bonato et al., *PFAS Environmental Pollution and Antioxidant Responses: An Overview of the Impact on Human Field*, 17 Int'l J. of Env't Rsch. & Pub. Health 8020, 8022 (2020).

[32] Notably, there is emerging research on how specific PFAS chemicals "adversely" affect bees. *See* Carolyn A. Sonter et al., *Biological and behavioral responses of European honey bee (Apis mellifera) colonies to perfluorooctane sulfonate exposure*, 17 Integrated Env't. Assessment & Mgmt. 673 (2021). This research is in contrast to Burt's Bees' commitment to "evaluate potential environmental impacts including honeybee health." *See From The Source, supra* note 10.

[33] Sonter, *supra* note 34.

[34] *EPA Actions to Address PFAS*, EPA, https://www.epa.gov/pfas/epa-actions-address-pfas (last visited Mar. 31, 2021).

[35] Chlorpyrifos is toxic to wildlife and is linked to nervous system issues in humans and animals. *See Chlorpyrifos*, National Pesticide Information Center ("NPIC"), http://npic.orst.edu/factsheets/chlorpgen.html#cancer (last visited Mar. 31, 2022).

[36] "Diazinon is very highly toxic to birds, bees and most other insects." *See Diazinon*, NPIC, http://npic.orst.edu/factsheets/Diazgen.html#body (last visited Mar. 31, 2022).

[37] "Ethion affects the nervous system." *See ToxFAQs for Ethion*, Agency for Toxic Substances and Disease Registry , https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsDetails.aspx?faqid=982&toxid=206 (last visited Mar. 31, 2022).

| | |
|---|---|
| Fipronil (Sum)[38] | 104 ppb |
| Fipronil Sulfone[39] | 108 ppb |
| Permethrin[40] | 376 ppb |
| Piperonyl butoxide[41] | 100 ppb |
| Pirimiphos-methyl[42] | 100 ppb |
| Propargite[43] | 44 ppb |
| Tau-Fluvalinate[44] | 96 ppb |
| Zeta-cypermethrin[45] | 124 ppb |

49.     Consumers reasonably believe that a product or ingredient represented as being "100% Natural Origin" does not contain residues of unnatural biocides.[46]

50.     In an effort to avoid chemicals of concern, consumers are seeking out "natural" cosmetic products.[47]

---

[38] "Fipronil was also found to be highly toxic to honey bees." *See Fipronil*, NPIC, http://npic.orst.edu/factsheets/fipronil.html#env (last visited Mar. 31, 2022).

[39] Fipronil Sulfone is a degradate of Fipronil.

[40] "Permethrin is highly toxic to bees and other beneficial insects." *See Permethrin*, NPIC, http://npic.orst.edu/factsheets/PermGen.html#study (last visited Mar. 31, 2022).

[41] Piperonyl butoxide is a "possible human carcinogen." *See Piperonyl butoxide*, PubChem, https://pubchem.ncbi.nlm.nih.gov/compound/Piperonyl-butoxide (last visited Mar. 31, 2022).

[42] Pirimiphos-methyl is an "environmental hazard." *See Pirimiphos-methyl*, PubChem, https://pubchem.ncbi.nlm.nih.gov/compound/Pirimiphos-methyl (last visited Mar. 31, 2022).

[43] Propargite is a "Probable Human Carcinogen." *See Propargite*, PubChem, https://pubchem.ncbi.nlm.nih.gov/compound/propargite#section=Toxicity (last visited Mar. 31, 2022).

[44] Tau-Fluvalinate is an "environmental hazard." *See Tau-Fluvalinate*, PubChem, https://pubchem.ncbi.nlm.nih.gov/compound/tau-Fluvalinate (last visited Mar. 31, 2022).

[45] Zeta-cypermethrin has a high "acute oral ecotoxicity" in bees. See *Zeta-cypermethrin (Ref: FMC 56701)*, Pesticide Properties DataBase, http://sitem.herts.ac.uk/aeru/ppdb/en/Reports/682.htm (last visited Mar. 31, 2022).

[46] In the food context, 63% of consumers believe that "natural" means "no toxic pesticides were used" in the product. *See Natural Food Labels Survey*, Consumer Reports National Research Center (2015), https://www.foodpolitics.com/wp-content/uploads/Consumer-Reports-Natural-Food-Labels-Survey-Report.pdf.

[47] Cheryl Wischhover, *The "natural" beauty industry is on the rise because we're scared of chemicals,* Vox (Sept. 18, 2018), https://www.vox.com/the-goods/2018/9/18/17866150/natural-clean-beauty-products-feinstein-cosmetics-bill-fda ("90% of consumers believed that natural or naturally-derived beauty ingredients were better for them.")

51.     Thus, reasonable consumers would not expect a "100% Natural Origin" cosmetic product to contain chemicals which have adverse impacts on humans and the environment.

52.     Burt's Bees knows and intends that when consumers see the product labels or advertisements promising the products are of "100% Natural Origin," consumers will understand that to mean, at the very least, that the products do not contain synthetic chemicals like unnatural biocides.

## IV.     Burt's Bees Representations Mislead Reasonable Consumers.

53.     Reasonable consumers encountering Defendants' representations emphasizing that the Products are natural and environmentally responsible do not expect the Products to contain unnatural biocides or over 100 ppm of organofluorine.

54.     Reasonable consumers would consider any indication of PFAS (such as over 100 ppm of organofluorine), which are synthetic and manufactured, to be unnatural.

55.     Reasonable consumers would also consider PFAS, which are non-biodegradable "forever chemicals," to be environmentally unsustainable and irresponsible.

56.     Reasonable consumers would also consider synthetic biocides as not "natural."

57.     Thus, Defendants' conduct in marketing the Products as being environmentally responsible and natural deceived, and/or was likely to deceive, the public. D.C. consumers have been, and continue to be, deceived into believing that the Products are free from synthetic and toxic chemicals and are sustainable, when in fact, the Products contain unnatural biocides and likely contain manufactured "forever chemicals" known to be harmful to humans and to accumulate in the environment.

58.     D.C. consumers cannot discover the true nature of the Products from reading Defendants' websites or marketing materials. Ordinary consumers do not have the ability to test cosmetics for PFAS or sufficient knowledge about different methods of testing for PFAS.

59.     Additionally, ordinary consumers do not have the ability to test for synthetic biocides.

60.     Defendants deceptively and misleadingly conceal material facts about the Products, namely, that the Products are not sustainable nor free from synthetic toxic chemicals, and that the Products likely contain PFAS.

61.     Defendants knew what representations they made in marketing the Products. They also knew how the Products were sourced and produced. Defendants thus knew, or should have known, the facts demonstrating that the Products were falsely advertised to D.C. consumers.

62.     In making the false, misleading, and deceptive representations and omissions at issue, Defendants also knew and intended that consumers would choose to buy, and would pay more for, products represented to be "natural" and "environmentally responsible," furthering Defendants' private interest of increasing sales of its Products and decreasing the sales of their competitors' products that are truthfully marketed.

63.     D.C. Consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with the misleading representations.

**V.      Burt's Bees' Representations Are Material to Consumers.**

64.     Consumers care about whether or not the products they use contain synthetic chemicals, particularly chemicals known to be environmentally harmful.

65.     In a survey of over 1,000 consumers, nearly all participants (98%) indicated they were interested in knowing about the presence of harmful chemicals in everyday products.[48]

66.     Also, "two-thirds (64 percent) of Americans are willing to pay more for sustainable products" and "78 percent of people are more likely to purchase a product that is clearly labeled as environmentally friendly."[49]

67.     In fact, market trends in the cosmetic industry show growing consumer demand that beauty brands be environmentally conscious,[50] with one study finding that "76% [of shoppers of beauty products] focus[ed] on buying products that are sustainably made."[51]

68.     In addition to consumer and industry trends, the Federal Trade Commission ("FTC") has released "Green Guides" that "caution marketers not to make unqualified general environmental benefit claims because 'it is highly unlikely that marketers can substantiate all reasonable interpretations of these claims.'"[52]

## JURISDICTION AND VENUE

69.     This Court has personal jurisdiction over the parties in this case. Toxin Free USA consents to this Court having personal jurisdiction over the organization.

70.     This Court has personal jurisdiction over Defendants because they have purposefully directed its conduct to the District and has availed itself of the benefits and protections of District of Columbia law.

---

[48] Sabrina Hartmann et al., *Interested Consumers' Awareness of Harmful Chemicals in Everyday Products*, 29 Env't Sci. Eur. 1, 4 (2017).

[49] Maggie Hanna, *Consumers make a plea for sustainability*, The Produce News (June 21, 2021), https://theproducenews.com/sustainability/consumers-make-plea-sustainability.

[50] Kacey Culliney, *Beauty business in 2023: 'Complete transparency will be non-negotiable', says WGSN*, Cosmetics design-europe.com (Apr. 27, 2021), https://www.cosmeticsdesign-europe.com/Article/2021/04/27/Consumer-trends-post-COVID-in-beauty-to-demand-ethical-inclusive-and-sustainable-beauty-says-WGSN.

[51] *The Changing Face of the Beauty Shopper*, PowerReviews, https://www.powerreviews.com/insights/2021-beauty-industry-consumer-report/ (last visited Mar. 31, 2022).

[52] FTC Green Guides, 16 C.F.R. § 260.4(b) (2012).

71.     Defendants aim their marketing at consumers within the District. The Products can be, and are, purchased in the District by D.C. consumers. Defendants' internet advertising is accessible in the District.

72.     This Court has subject-matter jurisdiction over this action under the CPPA, D.C. Code § 28-3901, *et seq.*

## PARTIES

73.     Toxin Free USA, also known as GMO Free USA, is a 501(c)(3) non-profit organization whose "mission is to harness independent science and agroecological concepts to advocate for clean and healthy food and ecological systems." Toxin Free USA educates consumers about potential hazards of synthetic ingredients, pesticides and biocides, and genetically engineered organisms.[53]

74.      "In 2020 GMO Free USA expanded its public education mission beyond GMOs and GMO-related pesticides, establishing Toxin Free USA as a complimentary arm to our existing organization. It is impossible to have 'clean food and environment' without addressing the many toxins beyond GMOs and pesticides, such as PFAS chemicals, that have become pervasive in our food and environment."[54]

75.     Toxin Free USA performs its work and advocates for consumers throughout the United States, including in the District of Columbia.

76.     Toxin Free USA's website, publications, public education, research, network building, and mobilization activities provide an important service to consumers and community activists every month.

---

[53] *Overview*, GMO Free USA, https://gmofreeusa.org/about-us/overview/ (last visited Mar. 31, 2022).
[54] *Id.*

77.     Toxin Free USA purchased Burt's Bees' products in the District through the internet.

78.     On March 1, 2022, Toxin Free USA sent a letter via U.S. Certified Mail to Defendants detailing the claims and allegations set forth in this Complaint.

79.     Defendant The Clorox Company is a parent company headquartered in Oakland, California.

80.     Defendant Burt's Bees Inc. is a subsidiary company headquartered in Durham, North Carolina.

81.     Burt's Bees is a personal care company that sells skincare and cosmetics products.[55]

82.     Defendants market and sell the Products throughout the United States, including in the District of Columbia.

83.     Upon information and belief, Defendants have caused harm to the general public of the District of Columbia.

## CAUSE OF ACTION

### *Violations of the District of Columbia Consumer Protection Procedures Act*

84.     Toxin Free USA incorporates by reference all the allegations of the preceding paragraphs of this Complaint.

85.     Toxin Free USA is a nonprofit, public interest organization that brings these claims in its individual and representative capacities, on its own behalf, and on behalf of the general public of D.C. consumers. *See* D.C. Code §§ 28-3905(k)(1)(C) & (D).

---

[55] In 2018, one tube of Burt's Bees Lip Balm was sold in the United States every second. *See* Macaela Mackenzie, *Burt's Bees Beeswax Lip Balm Has More Than 1,000 Five-Star Ratings on Target's Website*, Allure (Dec. 15, 2018), https://www.allure.com/story/burts-bees-beeswax-lip-balm-sold-every-second.

86.     Through § 28-3905(k)(1)(C), the DC CPPA allows for nonprofit organizational standing to the fullest extent recognized by the D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

87.     Through § 28-3905(k)(1)(D), the CPPA explicitly allows for public interest standing and allows a public interest organization to stand in the shoes of a consumer to seek relief from any violation of the CPPA.

88.     Each Defendant is a "person" and a merchant that provides "goods" within the meaning of the CPPA. *See id.* § 28-3901(a)(1), (3), (7).

89.     As alleged in this Complaint, Defendants have falsely and deceptively represented that Products are natural and environmentally responsible when, in reality, the Products likely contain PFAS and do contain unnatural biocides.

90.     Thus, Defendants have violated the CPPA by "represent[ing] that goods . . . have a source . . . [or] characteristics . . . that they do not have"; "represent[ing] that goods . . . are of a particular standard, quality, grade, style, or model, if in fact they are of another"; "misrepresent[ing] as to a material fact which has a tendency to mislead"; "fail[ing] to state a material fact if such failure tends to mislead"; "us[ing] innuendo or ambiguity as to a material fact, which has a tendency to mislead"; and "advertis[ing] . . . goods . . . without the intent to sell them as advertised." *See id.* § 28-3904(a), (d), (e), (f), (f-1), (h).

## **JURY TRIAL DEMAND**

91.     Toxin Free USA hereby demands a trial by jury.

## **PRAYER FOR RELIEF**

*Wherefore*, Plaintiff Toxin Free USA prays for judgment against Defendants and requests the following relief:

A.      A declaration that Defendants' conduct is in violation of the CPPA;

B.      An order enjoining Defendants' conduct found to be in violation of the CPPA; and

C.      An order granting Plaintiff costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.


DATED: April 1, 2022                      **RICHMAN LAW & POLICY**

_____
Kim E. Richman (D.C. Bar No. 1022978)
1 Bridge Street, Suite 83
Irvington, NY 10533
T: (718) 705-4579
krichman@richmanlawpolicy.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

GMO FREE USA d/b/a TOXIN FREE USA     Case Number: _____

vs

BURT'S BEES INC., and
THE CLOROX COMPANY

Date: _____ April 1, 2022 _____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*    Kim E. Richman | **Relationship to Lawsuit** |
| Firm Name:    RICHMAN LAW & POLICY | ☒ Attorney for Plaintiff |
| Telephone No.:    Six digit Unified Bar No.:   1022978<br>(718) 705-4579 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury     ☐ 6 Person Jury     ☒ 12 Person Jury

Demand: $_____     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**            **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |    Over $25,000 Pltf. Grants Consent |    Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |    Under $25,000 Pltf. Grants Consent |    Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| |    Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☒ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting

☐ 02 Att. Before Judgment

☐ 05 Ejectment

☐ 09 Special Writ/Warrants
   (DC Code § 11-941)

☐ 10  Traffic Adjudication

☐ 11 Writ of Replevin

☐ 12 Enforce Mechanics Lien

☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)

☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)

☐ 29 Merit Personnel Act (OHR)

☐ 31 Housing Code Regulations

☐ 32 Qui Tam

☐ 33 Whistleblower

**II.**

☐ 03 Change of Name

☐ 06 Foreign Judgment/Domestic

☐ 08 Foreign Judgment/International

☐ 13 Correction of Birth Certificate

☐ 14 Correction of Marriage
   Certificate

☐ 26 Petition for Civil Asset Forfeiture (Vehicle)

☐ 27 Petition for Civil Asset Forfeiture (Currency)

☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information

☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]

☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]

☐ 22 Release Mechanics Lien

☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)

☐ 24 Petition for Structured Settlement

☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate

☐ 12 Specific Performance

☐ 04 Condemnation (Eminent Domain)

☐ 10 Mortgage Foreclosure/Judicial Sale

☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title

☐ 25 Liens: Tax / Water Consent Granted

☐ 30 Liens: Tax / Water Consent Denied

☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____

Attorney's Signature

April 1, 2022

_____

Date