# EXHIBIT B



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

GMO FREE USA d/b/a TOXIN FREE USA
*Plaintiff(s)*

v.                                                                 Case No: 2022 CA 001444 B

BURT'S BEES INC., et al.
*Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
BURT'S BEES INC.,
210 West Pettigrew Street,
Durham, NC 27701

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): April 11, 2022.

_____          April 11, 2022
*Signature*                                *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) **Dean N. Panos** received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): Dean N. Panos
353 N. Clark Street
Chicago, IL 60654

_____          Attorney          **4/19/22**
*Signature*          *Relationship to Defendant/Authority to Receive Service*          *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bản dịch, hãy gọi (202) 879-4828          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4