# EXHIBIT E

# GMO FREE USA, INC.   ACTIVE

222 MAIN STREET SUITE 242 SUITE 242, FARMINGTON, CT, 06032

BUSINESS DETAILS

## Business Details

### General Information

**Business Name**
GMO FREE USA, INC.

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
222 MAIN STREET SUITE 242 SUITE 242, FARMINGTON, CT, 06032

**Annual report due**
9/30/2018

**NAICS code**

**Business ALEI**
1118912

**Date formed**
9/16/2013

**Business type**
Non-Stock

**Mailing address**
222 MAIN STREET SUITE 242, FARMINGTON, CT, 06032

**Last report filed**
2017

**NAICS sub code**

### Principal Details

**Principal Name**
DIANA REEVES

**Principal Title**
PRESIDENT, CHAIRMAN OF BOARD, DIRECTOR

**Principal Business address**
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

**Principal Residence address**
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

Principal Name
LUAN VAN LE

Principal Title
DIRECTOR

Principal Business address
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

Principal Residence address
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

Principal Name
PAMELA LARRY

Principal Title
SECRETARY, TREASURER AND DIRECTOR

Principal Business address
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

Principal Residence address
222 MAIN STREET, SUITE 242, FARMINGTON, CT, 06032, United States

## Agent details

Agent name
BARBARA WAGNER

Agent Business address
2225 MAIN STREET, GLASTONBURY, CT, 06033, United States

Agent Residence addresss
11 LAKE SHORE TRAIL , GLASTONBURY, CT, 06033, United States

## Filing History

[(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZcw/mk1nmnT1K3spq00Z016I1orsDlo442yT7Usp5wCurUI)](https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZcw/mk1nmnT1K3spq00Z016I1orsDlo442yT7Usp5wCurUI)

Volume Type
B

Volume
1852

Start page
1207

Pages
5

Date generated
9/16/2013

Digital copy

View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZcw/mk1nmnT1K3spq00Z016I1orsDlo442yT7Usp5wCurUI)


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZbj/dRxiewxqbe7F57kwOr9nKXJpHTxQQAF4JsaX6.5kWbY)

Volume Type
B

Volume
2106

Start page
1329

Pages
3

Date generated
9/25/2015

Digital copy

View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZbj/dRxiewxqbe7F57kwOr9nKXJpHTxQQAF4JsaX6.5kWbY)


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZYR/fOF6d7LnEOHeVxhuAVOZo00QdysU6Pos9JcGi5la1lI)

Volume Type
B

Volume
2245

Start page
3367

Pages
3

Date generated
9/21/2016

Digital copy

View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZYR/fOF6d7LnEOHeVxhuAVOZo00QdysU6Pos9JcGi5la1lI)


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZa2/.gUt4AI8BQwO399zcmXR8hbK7XWPkZAsJFmHLyaTg3o)

Volume Type
B

Volume
2398

Start page
1657

Pages
2

Date generated
9/19/2017

Digital copy
View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002XZa2/.gUt4AI8BQwO399zcmXR8hbK7XWPkZAsJFmHLyaTg3o)

## Name History

None

## Shares

None