# EXHIBIT F

**California**
*Secretary of State*

Business    UCC                                                    Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with ***free PDF copies*** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than

## THE CLOROX COMPANY (1542295)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/23/1986 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1221 BROADWAY OAKLAND, CA 94612 |
| Mailing Address | 1221 BROADWAY OAKLAND, CA 94612 |
| Statement of Info Due Date | 09/30/2022 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA  91203 |
| PT Info | View Publicly Traded Disclosure Information |


View History


Request Access

Skip to main content

# California
*Secretary of State*

Business | UCC

Login

Home

Search

Forms

Help

groups (e.g., All corporations) as well as searching by "begins with" specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

[ The Clorox Compa 🔍 ]

Advanced ⌄

Results: 8

## THE CLOROX COMPANY (1542295)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/23/1986 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1221 BROADWAY OAKLAND, CA 94612 |
| Mailing Address | 1221 BROADWAY OAKLAND, CA 94612 |
| Statement of Info Due Date | 09/30/2022 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA 91203 |
| PT Info | View Publicly Traded Disclosure Information |

View History | Request Access

| Entity Information | Initial Filing Date | Status | | | |
|---|---|---|---|---|---|
| THE CLOROX COMPANY (1542295) | 09/23/1986 | Active | | | |
| THE CLOROX COMPANY (340210) | 06/24/1957 | Terminated | | | |
| THE CLOROX COMPANY (670866) | 12/14/1972 | Merged Out | Stock Corporation - CA - General | CALIFORNIA | C T CORPORATION SYSTEM |
| THE CLOROX COMPANY FOUNDATION (986428) | 06/27/1980 | Active | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | DONNA TURNER |

Skip to main content   State

California
Secretary of State

Business UCC Login

Home
Search
Forms
Help

| | | |
|---|---|---|
| THE CLOROX INTERNATIONAL COMPANY (2366842) | 11/26/2001 | Active |
| THE CLOROX PET PRODUCTS COMPANY (1820761) | 05/07/1992 | Active |
| THE CLOROX SALES COMPANY (1097593) | 12/02/1981 | Active |
| THE CLOROX SOUTH ASIA COMPANY (1197408) | 06/10/1987 | Termin |

## THE CLOROX COMPANY (1542295)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 09/23/1986 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 1221 BROADWAY<br>OAKLAND, CA 94612 |
| *Mailing Address* | 1221 BROADWAY<br>OAKLAND, CA 94612 |
| *Statement of Info Due Date* | 09/30/2022 |
| *Agent* | 1505 Corporation<br>112<br>C T CORPORATION SYSTEM<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203 |
| *PT Info* | View Publicly Traded Disclosure Information |

View History Request Access

© 2022 CA Secretary of State

