# EXHIBIT G

North Carolina Secretary of State Search Results

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

## Legal Name

Burt's Bees, Inc.

## Information

**SosId:** 0678736

**Status:** Current-Active ⓘ

**Date Formed:** 6/11/2003

**Citizenship:** Foreign

**State of Incorporation:** DE

**Fiscal Month:** June

**Annual Report Due Date:** October 15th

Current **Annual Report Status:**

**Registered Agent:** CT Corporation System

## Addresses

| **Mailing** | **Principal Office** | **Reg Office** |
|---|---|---|
| 1221 Broadway | 1221 Broadway | 160 Mine Lake Ct Ste 200 |
| Oakland, CA 94612 | Oakland, CA 94612 | Raleigh, NC 27615 |

**Reg Mailing**

160 Mine Lake Ct Ste 200

Raleigh, NC 27615

## Officers

| **Secretary** | **Assistant Treasurer** | **Treasurer** | **Assistant Treasurer** |
|---|---|---|---|
| Ike Adeyemi | David P. Esterly | Patricia Paola Gonzalez | David L Green |
| 1221 Broadway | 1221 Broadway | 1221 Broadway | 1221 Broadway |
| Oakland CA 94612 | Oakland CA 94612 | Oakland CA 94612 | Oakland CA 94612 |

Case 1:22-cv-01277-DLF   Document 1-7   Filed 05/11/22   Page 3 of 3

**President**          **Vice President**

Matt  Gregory          Eric  Reynolds

1221 Broadway          1221 Broadway

Oakland  CA  94612     Oakland  CA  94612

# Stock